# EXHIBIT J

**Transfers to/from Andrew Wright (A-1 Merchant Services)**
**For the Period of December 1, 2011 through April 30, 2014 (or close of account)**

Source: Bank Statements
Receivership Date: 04/07/14

| Bank ID # | Entity | Statement Clearing Date | Type | Check # | Payee/Received From | Deposits/ Credits | Checks/ Debits |
|---|---|---|---|---|---|---:|---:|
| BOA-4820 | TBTI | 12/07/11 | Transfer | | Wright, Andrew | $ 13,000.00 | $ - |
| BOA-2038 | TBTI | 12/19/11 | Credit | 0 | Wright, Andrew | 52,250.00 | |
| BOA-2038 | TBTI | 12/29/11 | Credit | 1056 | Wright, Andrew (A-1 Merchant) | 13,750.00 | |
| BOA-2038 | TBTI | 01/12/12 | Check | 14826 | Wright, Andrew (A-1 Merchant) | | 6,300.00 |
| BOA-2038 | TBTI | 01/30/12 | Check | 14973 | Wright, Andrew (A-1 Merchant) | | 5,875.00 |
| BOA-2038 | TBTI | 01/31/12 | Credit | 64768 | Wright, Andrew | 68,750.00 | |
| BOA-2038 | TBTI | 02/17/12 | Check | 15046 | Wright, Andrew (A-1 Merchant) | | 15,000.00 |
| BOA-2038 | TBTI | 02/17/12 | Check | 15047 | Wright, Andrew (A-1 Merchant) | | 1,500.00 |
| BOA-2038 | TBTI | 03/19/12 | Check | 15247 | Wright, Andrew (A-1 Merchant) | | 15,000.00 |
| BOA-2038 | TBTI | 03/19/12 | Check | 15248 | Wright, Andrew (A-1 Merchant) | | 1,500.00 |
| BOA-2038 | TBTI | 04/23/12 | Check | 15483 | Wright, Andrew (A-1 Merchant) | | 16,800.00 |
| BOA-2038 | TBTI | 05/22/12 | Check | 15726 | Wright, Andrew (A-1 Merchant) | | 16,800.00 |
| BOA-2038 | TBTI | 06/19/12 | Check | 15970 | Wright, Andrew (A-1 Merchant) | | 16,800.00 |
| BOA-2038 | TBTI | 07/25/12 | Check | 16372 | Wright, Andrew (A-1 Merchant) | | 16,800.00 |
| TD-4901 | TBTI | 08/22/12 | Check | 41143 | Wright, Andrew (A-1 Merchant) | | 16,800.00 |
| BOA-2038 | TBTI | 08/28/12 | Credit | 64775 | Wright, Andrew | 68,750.00 | |
| BOA-2038 | TBTI | 09/28/12 | Credit | 4610 | Wright, Andrew | 41,250.00 | |
| TD-4901 | TBTI | 10/18/12 | Check | 41458 | Wright, Andrew (A-1 Merchant) | | 27,000.00 |
| TD-4901 | TBTI | 10/18/12 | Check | 41459 | Wright, Andrew (A-1 Merchant) | | 2,800.00 |
| TD-4901 | TBTI | 11/20/12 | Check | 41650 | Wright, Andrew (A-1 Merchant) | | 29,800.00 |
| TD-4901 | TBTI | 12/21/12 | Check | 41877 | Wright, Andrew (A-1 Merchant) | | 29,800.00 |
| TD-4901 | TBTI | 12/31/12 | Credit | 4611 | Wright, Andrew | 27,500.00 | |
| TD-4901 | TBTI | 01/23/13 | Check | 42147 | Wright, Andrew (A-1 Merchant) | | 30,000.00 |
| TD-4901 | TBTI | 01/23/13 | Check | 42148 | Wright, Andrew (A-1 Merchant) | | 9,050.00 |
| TD-4901 | TBTI | 02/01/13 | Credit | 4613 | Wright, Andrew | 96,250.00 | |
| TD-4901 | TBTI | 02/21/13 | Check | 42454 | Wright, Andrew (A-1 Merchant) | | 40,500.00 |
| TD-4901 | TBTI | 02/21/13 | Check | 42455 | Wright, Andrew (A-1 Merchant) | | 4,300.00 |
| TD-4901 | TBTI | 03/01/13 | Credit | 4614 | Wright, Andrew | 38,375.00 | |
| TD-4901 | TBTI | 03/19/13 | Check | 42814 | Wright, Andrew (A-1 Merchant) | | 45,000.00 |
| TD-4901 | TBTI | 03/19/13 | Check | 42815 | Wright, Andrew (A-1 Merchant) | | 4,800.00 |
| TD-4901 | TBTI | 04/19/13 | Check | 43252 | Wright, Andrew (A-1 Merchant) | | 5,175.00 |
| TD-4901 | TBTI | 04/19/13 | Check | 43271 | Wright, Andrew (A-1 Merchant) | | 45,000.00 |

**Transfers to/from Andrew Wright (A-1 Merchant Services)**
**For the Period of December 1, 2011 through April 30, 2014 (or close of account)**

Source: Bank Statements
Receivership Date: 04/07/14

| Bank ID # | Entity | Statement Clearing Date | Type | Check # | Payee/Received From | Deposits/ Credits | Checks/ Debits |
|---|---|---|---|---|---|---:|---:|
| TD-4901 | TBTI | 05/21/13 | Check | 43667 | Wright, Andrew (A-1 Merchant) | | 45,000.00 |
| TD-4901 | TBTI | 05/21/13 | Check | 43668 | Wright, Andrew (A-1 Merchant) | | 5,175.00 |
| TD-4901 | TBTI | 06/21/13 | Check | 44383 | Wright, Andrew (A-1 Merchant) | | 45,000.00 |
| TD-4901 | TBTI | 06/21/13 | Check | 44384 | Wright, Andrew (A-1 Merchant) | | 5,175.00 |
| TD-4901 | TBTI | 07/18/13 | Check | 45170 | Wright, Andrew (A-1 Merchant) | | 45,000.00 |
| TD-4901 | TBTI | 07/18/13 | Check | 45171 | Wright, Andrew (A-1 Merchant) | | 5,300.00 |
| TD-4901 | TBTI | 07/31/13 | Credit | 6412 | A-1 Merchant Services | 13,250.00 | |
| TD-4901 | TBTI | 08/20/13 | Check | 46123 | Wright, Andrew (A-1 Merchant) | | 46,500.00 |
| TD-4901 | TBTI | 08/20/13 | Check | 46194 | Wright, Andrew (A-1 Merchant) | | 8,300.00 |
| TD-8571 | JCS | 08/30/13 | Credit | | Wright, Andrew - BankCard | 39,750.00 | |
| TD-4901 | TBTI | 09/19/13 | Check | 47326 | Wright, Andrew (A-1 Merchant) | | 51,000.00 |
| TD-4901 | TBTI | 09/19/13 | Check | 47404 | Wright, Andrew (A-1 Merchant) | | 8,675.00 |
| TD-4901 | TBTI | 09/30/13 | Credit | 4617 | Wright, Andrew | 53,000.00 | |
| TD-4901 | TBTI | 11/25/13 | Check | 50030 | Wright, Andrew (A-1 Merchant) | | 57,000.00 |
| TD-4901 | TBTI | 12/24/13 | Check | 51521 | Wright, Andrew (A-1 Merchant) | | 57,000.00 |
| TD-4901 | TBTI | 12/31/13 | Check | 51604 | Wright, Andrew (A-1 Merchant) | | 10,150.00 |
| TD-4901 | TBTI | 01/27/14 | Check | 53155 | Wright, Andrew (A-1 Merchant) | | 57,000.00 |
| | | | | | | $ 525,875.00 | $ 848,675.00 |