*Sallah, as Receiver v. Jon Drew Flansburg, et al.*

## Exhibit M

## Commission Payments to Andrew Wright

| Transfer Date | Transfer Amount | Transfer From |
|---|---|---|
| 2/09/12 | $ 2,075.00 | TBTI |
| 3/27/12 | 2,875.00 | TBTI |
| 6/05/12 | 4,025.00 | TBTI |
| 9/21/12 | 22,500.00 | TBTI |
| 9/21/12 | 2,425.00 | TBTI |
| 1/16/13 | 5,750.00 | TBTI |
| 1/30/13 | -2,875.00 | TBTI |
| 8/13/13 | 67,500.00 | TBTI |
| 10/23/13 | 57,000.00 | TBTI |
| 10/23/13 | 15,825.00 | TBTI |
| 10/23/13 | 8,300.00 | TBTI |
| 11/25/13 | 1,475.00 | TBTI |
| 11/25/13 | 11,150.00 | TBTI |
| 11/25/13 | 250.00 | TBTI |
| 12/05/13 | 8,500.00 | TBTI |
| 1/14/14 | 21,875.00 | TBTI |
| **Total:** | **$228,650.00** | |